OPINION — AG — ** TEACHERS SALARY — FEDERALLY FUNDED PROGRAMS ** HOUSE BILL NO. 1051 PASSED BY THE FIRST SESSION, 34TH LEG., DOES 'NOT' REQUIRE THAT FOUR HUNDRED AND FIFTEEN DOLLARS ($415.00) OF EACH TEACHER'S SALARY WORKING IN AND PAID SOLEY FROM FEDERALLY FUNDED PROGRAMS BE PAID FROM STATE SOURCES. (FEDERAL FUNDS, PROGRAMS, SCHOOL DISTRICTS, INCREASES, FUNDS, FINANCIAL PLAN) CITE: 70 O.S. 18-102 [70-18-102], 70 O.S. 18-101 [70-18-101] (DONALD B. NEVARD)